IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOHYUN KIM, on her own behalf and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L'ORÉAL USA S/D, INC.,<br><br>　　　　　Defendant. | No. 2:25-cv-02568-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

Under Local Civil Rule 10(g), Plaintiff Sohyun Kim ("Plaintiff") and Defendant L'Oréal USA S/D, Inc. ("L'Oréal") stipulate and agree as follows:

1.　　On October 13, 2025, Plaintiff filed her Complaint in the Superior Court for Snohomish County, Case No. 25-2-10335-31.  Dkt. 1, Ex. B.

2.　　Plaintiff served the Summons and Complaint on L'Oréal's registered agent on November 24, 2025.  Dkt. 1, Ex. A.

3.　　On December 15, 2025, L'Oréal removed the action to this Court.  Dkt. 1.

4.　　Absent an extension, L'Oréal's deadline to respond to the Complaint is December 22, 2025.  *See* Fed. R. Civ. P. 81(c)(2)(C).

5.    To allow time for counsel to investigate the allegations of the Complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for L'Oréal to respond to the Complaint up to, and including, February 13, 2026.

6.    The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including March 13, 2026, to file any opposition that might be required.

7.    The Parties also agree and stipulate (subject to Court approval) that L'Oréal shall have up to and including April 10, 2026, to file any reply to Plaintiff's opposition.

8.    The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines.  This is a class action, and counsel requests additional time to investigate the allegations in the Complaint before filing any motion that may be dispositive of the Complaint in whole or part.  Further, the intervening winter holidays and unexpected client leave pose conflicts with the current response deadline and associated briefing schedule.

9.    The Parties have not sought or obtained any prior extensions in this matter.

SO STIPULATED this 17th day of December, 2025.

JOHANNESSEN LAW, PLLC                    DAVIS WRIGHT TREMAINE LLP


By: *s/ Ellery Johannessen*                    By: *s/ John Goldmark*
    Ellery Johannessen                        John Goldmark, WSBA #40980
    5400 California Ave. SW, Suite B                        Caitlyn Courtney, WSBA #62344
    Seattle, WA 98136                        Ardie Ermac, WSBA #60755
    Tel: (206) 594-0500                        920 Fifth Avenue, Suite 3300
    Email: ellery@eaj-law.com                        Seattle, WA 98104-1610
        Telephone: 206-622-3150
    Jeffrey C. Toppe, *pro hac vice*                        Email: johngoldmark@dwt.com
    The Toppe Firm, LLC                            caitlyncourtney@dwt.com
    4900 O'Hear Avenue, Suite 100                            ardieermac@dwt.com
    North Charleston, SC 29405
    Tel: (323) 909-2011
    Email: jct@toppefirm.com

*Attorneys for Plaintiff Sohyun Kim*                    *Attorneys for Defendant L'Oréal USA S/D, Inc.*

STIP. MOTION & ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT – 2
(No. 2:25-cv-02568-JHC)

## ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion and extends the time for L'Oréal USA S/D, Inc. to respond to the Complaint through and including February 13, 2026.  Plaintiff shall have up to and including March 13, 2026, to file any opposition that might be required, and L'Oréal shall have up to and including April 10, 2026, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED.

Date: December 17, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIP. MOTION & ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT – 3
(No. 2:25-cv-02568-JHC)