IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOHYUN KIM, on her own behalf and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>L'ORÉAL USA S/D, INC.,<br><br>　　　　　　　　Defendant. | No. 2:25-cv-02568-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING RESPONSE TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: February 5, 2026 |

Under Local Civil Rule 10(g), Plaintiff Sohyun Kim ("Plaintiff") and Defendant L'Oréal USA S/D, Inc. ("L'Oréal") stipulate and agree as follows:

1.　　On October 13, 2025, Plaintiff filed her Complaint in the Superior Court for Snohomish County, Case No. 25-2-10335-31.  Dkt. 1, Ex. B.

2.　　Plaintiff served the Summons and Complaint on L'Oréal's registered agent on November 24, 2025.  Dkt. 1, Ex. A.

3.　　L'Oréal timely removed to this Court on December 15, 2025.  *See* Dkt. 1.

4.　　Under Federal Rule of Civil Procedure 81(c)(2)(C), L'Oréal's responsive pleading was due on December 22, 2025.

5.　　The Court granted the Parties' Stipulated Motion to Extend Time to Respond to Complaint, extending L'Oréal's responsive pleading deadline to February 13, 2026 and setting attendant briefing deadlines.  Dkt. 10.

STIP. MOTION AND ORDER RE: RESP. TO COMPLAINT – 1
(No. 2:25-cv-02568-JHC)

6.     On February 3, 2026, the Court set the deadline for the Rule 26(f) conference for February 17, 2026; the initial disclosure deadline for March 3, 2026; and the Combined Joint Status Report and Discovery Plan deadline for March 10, 2026.  Dkt. 11.

7.     On February 4, 2026, the Parties conferred and agreed, and the Parties now stipulate (subject to Court approval) that:

      a.     L'Oréal shall have up to and including March 6, 2026, to respond to the Complaint;

      b.     Plaintiff shall have up to and including April 3, 2026, to file any opposition that might be required; and

      c.     L'Oréal shall have up to and including May 1, 2026, to file any reply to Plaintiff's opposition.

8.     Further, the Parties agreed and now stipulate (subject to Court approval) to continue the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until after the Court resolves L'Oréal's anticipated motion in response to the Complaint.

9.     The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines.  Unexpected intervening deadlines in other matters for Parties' counsel pose conflicts with the current response deadline and associated briefing schedule.  This is a class action, and counsel requests additional time to investigate the allegations in the Complaint before filing any motion that may be dispositive of the Complaint in whole or part.

10.    The Parties have sought one prior extension in this matter.  *See* Dkts. 9–10.

STIP. MOTION AND ORDER RE: RESP. TO COMPLAINT – 2
(No. 2:25-cv-02568-JHC)

SO STIPULATED this 5th day of February, 2026.

JOHANNESSEN LAW, PLLC

DAVIS WRIGHT TREMAINE LLP

By: *s/ Ellery Johannessen*
    Ellery Johannessen
    5400 California Ave. SW, Suite B
    Seattle, WA 98136
    Tel: (206) 594-0500
    Email: ellery@eaj-law.com

    Jeffrey C. Toppe, *pro hac vice*
    The Toppe Firm, LLC
    4900 O'Hear Avenue, Suite 100
    North Charleston, SC 29405
    Tel: (323) 909-2011
    Email: jct@toppefirm.com

***Attorneys for Plaintiff Sohyun Kim***

By: *s/ John Goldmark*
    John Goldmark, WSBA #40980
    Caitlyn Courtney, WSBA #62344
    Alec Zatirka, WSBA #63873
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Email: johngoldmark@dwt.com
            caitlyncourtney@dwt.com
            aleczatirka@dwt.com

***Attorneys for Defendant L'Oréal USA S/D, Inc.***

STIP. MOTION AND ORDER RE: RESP. TO COMPLAINT – 3
(No. 2:25-cv-02568-JHC)

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and sets the following pleading and briefing schedule:

1.    L'Oréal shall have up to and including March 6, 2026, to respond to the Complaint;

2.    Plaintiff shall have up to and including April 3, 2026, to file any opposition that might be required;

3.    L'Oréal shall have up to and including May 1, 2026, to file any reply to Plaintiff's opposition;

4.    The current deadlines for the Rule 26(f) conference, initial disclosures, and Combined Joint Status Report and Discovery Plan (Dkt. 11) are stricken and continued until the Court resolves any challenges to the pleadings.

IT IS SO ORDERED this 5th day of February, 2026.


_____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIP. MOTION AND ORDER RE: RESP. TO COMPLAINT – 4
(No. 2:25-cv-02568-JHC)