IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOHYUN KIM, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

L'ORÉAL USA S/D, INC.,

Defendant.

No. 2:25-cv-02568-JHC

STIPULATED MOTION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT

NOTE ON MOTION CALENDAR: March 9, 2026

Under Local Civil Rule 10(g), Plaintiff Sohyun Kim ("Plaintiff") and Defendant L'Oréal USA S/D, Inc. ("L'Oréal") stipulate and agree as follows:

1.    On October 13, 2025, Plaintiff filed her Complaint in the Superior Court for Snohomish County, Case No. 25-2-10335-31.  Dkt. 1, Ex. B.

2.    Plaintiff served the Summons and Complaint on L'Oréal's registered agent on November 24, 2025.  Dkt. 1, Ex. A.

3.    L'Oréal timely removed to this Court on December 15, 2025.  *See* Dkt. 1.

4.    Under Federal Rule of Civil Procedure 81(c)(2)(C), L'Oréal's responsive pleading was due on December 22, 2025.

STIP. MOTION AND ORDER RE: RESP. TO FAC – 1
(No. 2:25-cv-02568-JHC)

5. The Court granted the Parties' initial Stipulated Motion to Extend Time to Respond to Complaint, extending L'Oréal's responsive pleading deadline to February 13, 2026 and setting attendant briefing deadlines.  Dkt. 10.

6. On February 3, 2026, the Court set the deadline for the Rule 26(f) conference for February 17, 2026; the initial disclosure deadline for March 3, 2026; and the Combined Joint Status Report and Discovery Plan deadline for March 10, 2026.  Dkt. 11.

7. On February 5, 2026, the Court granted the Parties' Stipulated Motion Regarding Response to Complaint, extending L'Oréal's responsive pleading deadline to March 6, 2026, setting attendant briefing deadlines, and continuing the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until after the Court resolves any challenges to the pleadings.  Dkt. 15.

8. On March 6, 2026, Plaintiff filed her First Amended Complaint.  Dkt. 16.

9. The Parties have conferred and agreed, and the Parties now stipulate (subject to Court approval) that:

    a. L'Oréal shall have up to and including March 27, 2026, to respond to the First Amended Complaint;

    b. Plaintiff shall have up to and including April 24, 2026, to file any opposition that might be required; and

    c. L'Oréal shall have up to and including May 22, 2026, to file any reply to Plaintiff's opposition.

10. Further, the Parties agree and now stipulate (subject to Court approval) to continue to hold in abeyance the Rule 26(f) conference, the initial disclosure deadline, and the Combined Joint Status Report and Discovery Plan deadline until the Court resolves any challenges to the pleadings.

11. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines.  This is a class action, and counsel requests additional time to investigate any new allegations in the First Amended Complaint before filing any motion that

STIP. MOTION AND ORDER RE: RESP. TO FAC – 2
(No. 2:25-cv-02568-JHC)

may be dispositive of the First Amended Complaint in whole or part.  Further, unexpected intervening deadlines in other matters for Parties' counsel pose conflicts with the current briefing schedule.

12.     The Parties have sought two prior extensions in this matter.  *See* Dkts. 9–10 (first extension); 14–15 (second extension).

SO STIPULATED this 9th day of March, 2026.

| | |
|---|---|
| JOHANNESSEN LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
| By: *s/ Ellery Johannessen* | By: *s/ John Goldmark* |
| Ellery Johannessen<br>5400 California Ave. SW, Suite B<br>Seattle, WA 98136<br>Tel: (206) 594-0500<br>Email: ellery@eaj-law.com | John Goldmark, WSBA #40980<br>Caitlyn Courtney, WSBA #62344<br>Alec Zatirka, WSBA #63873<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>Email: johngoldmark@dwt.com<br>caitlyncourtney@dwt.com<br>aleczatirka@dwt.com |
| Jeffrey C. Toppe, *pro hac vice*<br>The Toppe Firm, LLC<br>4900 O'Hear Avenue, Suite 100<br>North Charleston, SC 29405<br>Tel: (323) 909-2011<br>Email: jct@toppefirm.com | ***Attorneys for Defendant L'Oréal USA S/D, Inc.*** |
| ***Attorneys for Plaintiff Sohyun Kim*** | |

STIP. MOTION AND ORDER RE: RESP. TO FAC – 3
(No. 2:25-cv-02568-JHC)

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and sets the following pleading and briefing schedule:

1. L'Oréal shall have up to and including March 27, 2026, to respond to the First Amended Complaint;

2. Plaintiff shall have up to and including April 24, 2026, to file any opposition that might be required;

3. L'Oréal shall have up to and including May 22, 2026, to file any reply to Plaintiff's opposition;

4. The deadlines for the Rule 26(f) conference, initial disclosures, and Combined Joint Status Report and Discovery Plan shall remain continued until the Court resolves any challenges to the pleadings.

IT IS SO ORDERED this 9th day of March, 2026.



John H. Chun
UNITED STATES DISTRICT JUDGE