UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOHYUN KIM, on her own behalf and on behalf of others similarly situated,<br><br>               Plaintiff,<br><br>     and<br><br>STATE OF WASHINGTON,<br><br>               Proposed Plaintiff-Intervenor,<br><br>     v.<br><br>L'ORÉAL USA S/D, INC.,<br><br>               Defendant. | NO. 2:25-cv-02568-JHC<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)<br><br>Note for Motion Calendar:<br>May 6, 2026 |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020. Defendant L'Oréal USA S/D, Inc.'s Motion to Dismiss (Dkt. 21) argues that CEMA violates the dormant Commerce Clause and is preempted by federal law pursuant to the Supremacy Clause. On April 3, 2026, Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 23.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **June 2, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **June 18, 2026**. The parties likewise stipulate to re-note the Motion to Dismiss for **June 18, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,800 total words to accommodate its need to respond to two separate briefs in a combined reply.

//

//

//

//

//

//

//

//

//

//

//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 6, 2026

NICHOLAS W. BROWN
Attorney General


*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov


Dated: May 6, 2026

JOHANNESSEN LAW, PLLC

*s/ Ellery Johannessen (with permission)*
ELLERY JOHANNESSEN, ESQ., WSBA #54530
5400 California Ave. SW, Suite B
Seattle, WA  98136
(206) 594-0500
ellery@eaj-law.com

THE TOPPE FIRM, LLC

JEFFREY C. TOPPE, ESQ., *pro hac vice*
4900 O'Hear Avenue, Ste. 100
North Charleston, SC  29405
(323) 909-2011
jct@toppefirm.com

*Attorneys for Named Plaintiff*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 3
(2:25-cv-02568-JHC)

Dated: May 6, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ John Goldmark (with permission)*

JOHN GOLDMARK, WSBA #40980
CAITLYN COURTNEY, WSBA #62344
ALEC ZATIRKA, WSBA #63873
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
johngoldmark@dwt.com
caitlyncourtney@dwt.com
aleczatirka@dwt.com

*Attorneys for Defendant L'Oréal USA S/D, Inc.*

*I certify that this memorandum contains 312 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 4
(2:25-cv-02568-JHC)

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 21 for June 18, 2026.

Dated this 6th day of May, 2026.

_John H. Chun_

JOHN H. CHUN
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) - 5
(2:25-cv-02568-JHC)