UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOHYUN KIM, on her own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Plaintiff-Intervenor,

v.

L'ORÉAL USA S/D, INC.,

Defendant.

No. 2:25-cv-02568-JHC

**ORDER GRANTING DEFENDANT L'ORÉAL USA S/D, INC.'S MOTION TO TRANSFER VENUE**

This matter comes before the Court on Defendant L'Oréal USA S/D, Inc.'s Motion to Transfer Venue or, Alternatively, to Dismiss for Failure to State a Claim. Dkt. # 21. Plaintiff does not oppose transfer. Dkt. # 28 at 10. And in an email to the Court today, the State of Washington said that it does not oppose transfer. As the transfer request appears meritorious and unopposed, the Court **GRANTS** L'Oréal's Motion and transfers this action to the Southern District of New York under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

ORDER GRANTING DEF'S MOTION TO TRANSFER – 1
(No. 2:25-cv-02568-JHC)

Dated this 8th day of May, 2026.

_____

John H. Chun
UNITED STATES DISTRICT JUDGE