CEMA,JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:25−cv−02568−JHC

Kim v. LOreal USA S/D Inc
Assigned to: Judge John H. Chun
 Case in other court:  Snohomish County Superior Court,
                25−00002−10335−31
Cause: 28:1332 Diversity−Fraud

Date Filed: 12/15/2025
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Sohyun Kim**

represented by **Ellery Johannessen**
JOHANNESSEN LAW, PLLC
5400 CALIFORNIA AVE SW
STE E
SEATTLE, WA 98136
206−594−0479
Email: ellery@eaj−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeff Toppe**
THE TOPPE FIRM, LLC
4900 O'HEAR AVENUE
STE 100
NORTH CHARLESTON, SC 29405
323−909−2011
Email: jct@toppefirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**L'Oreal USA S/D Inc**

represented by **Ardie Ermac**
DAVIS WRIGHT TREMAINE LLP
920 FIFTH AVE STE 3300
SEATTLE, WA 98104
206−757−8176
Email: ardieermac@dwt.com
*TERMINATED: 02/04/2026*
*LEAD ATTORNEY*

**Caitlyn Cowan Courtney**
DAVIS WRIGHT TREMAINE (SEA)
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104−1610
206−757−8296

Email: caitlyncourtney@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alec Zatirka**
DAVIS WRIGHT TREMAINE (SEA)
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104–1610
206–757–8151
Email: AlecZatirka@dwt.com
*ATTORNEY TO BE NOTICED*

**John Goldmark**
DAVIS WRIGHT TREMAINE (SEA)
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104–1610
206–757–8068
Fax: 206–757–7700
Email: johngoldmark@dwt.com
*ATTORNEY TO BE NOTICED*

**Movant**

**State of Washington**                    represented by    **Claire E. McNamara**
ATTORNEY GENERAL'S OFFICE (800
SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206–340–6783
Email: Claire.McNamara@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A Hyde**
WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE (800 SEA)
800 FIFTH AVE
STE 2000
SEATTLE, WA 98104–3188
206–233–3392
Email: robert.hyde@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben Brysacz**
ATTORNEY GENERAL'S OFFICE (800
SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206–389–3995
Email: ben.brysacz@atg.wa.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2025 | Ï 1 | NOTICE OF REMOVAL with *State Court* JURY DEMAND by Plaintiff *indicated in Complaint;* from Snohomish County Superior Court, case number 25–2–10335–31; (Receipt # AWAWDC–9349755) Attorney John Goldmark added to party LOreal USA S/D Inc(pty:dft) filed by LOreal USA S/D Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B – Complaint, # 3 Civil Cover Sheet)(Goldmark, John) (Entered: 12/15/2025) |
| 12/15/2025 | Ï 2 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent LOreal S.A. for LOreal USA S/D Inc. Filed pursuant to Fed.R.Civ.P 7.1(a)(1). Filed by LOreal USA S/D Inc. (Goldmark, John) (Entered: 12/15/2025) |
| 12/15/2025 | Ï 3 | VERIFICATION OF STATE COURT RECORDS by Defendant LOreal USA S/D Inc (Attachments: # 1 Exhibit A)(Goldmark, John) (Entered: 12/15/2025) |
| 12/15/2025 | Ï 4 | CERTIFICATE of Filing Notice of Filing Notice of Removal in State Court by Defendant LOreal USA S/D Inc (Attachments: # 1 Exhibit 1)(Goldmark, John) (Entered: 12/15/2025) |
| 12/16/2025 | Ï 5 | APPLICATION OF ATTORNEY Jeffrey C. Toppe FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Sohyun Kim (Fee Paid) Receipt No. AWAWDC–9351301 (Johannessen, Ellery) (Entered: 12/16/2025) |
| 12/16/2025 | Ï | Judge John H. Chun added. (MG) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 6 | LETTER from Clerk re receipt of case from Snohomish County Superior Court and advising of WAWD case number and judge assignment.<br>**JURY DEMAND – properly submitted state court jury demand on file** (MG) (Entered: 12/16/2025) |
| 12/16/2025 | Ï | Application for Leave to Appear Pro Hac Vice 5 by attorney Jeffrey C. Toppe will not be processed at this time. PHV Application indicates Mr. Toppe is seeking to appear on behalf of Plaintiff Cassaundra Maxwell, who is not a party in this case. Please file the corrected PHV application using the event Praecipe to Attach Document and link it to docket 5 . Please contact the Attorney Admissions Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov with additional questions. (Ad hoc Attorney Jeffrey C. Toppe) (HH) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 7 | PRAECIPE to attach document *Corrected Application* re 5 Application for Leave to Appear Pro Hac Vice  by Plaintiff Sohyun Kim (Johannessen, Ellery) (Entered: 12/16/2025) |
| 12/16/2025 | Ï 8 | ORDER re 5 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Jeff Toppe for Plaintiff Sohyun Kim, by Clerk Ravi Subramanian. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(HH) (Entered: 12/16/2025) |
| 12/17/2025 | Ï 9 | Stipulated MOTION *and [Proposed] Order to Extend Time to Respond to Complaint*, filed by Defendant L'Oreal USA S/D Inc. Noting Date 12/17/2025, (Goldmark, John) (Entered: 12/17/2025) |
| 12/17/2025 | Ï 10 | ORDER granting the Parties' 9 Stipulated MOTION to Extend Time to Respond to Complaint. The Court extends the time for L'Oral USA S/D, Inc. to respond to the Complaint through and including 2/13/2026. Plaintiff shall have up to and including 3/13/2026, to file any opposition that might be required, and L'Oral shall have up to and including 4/10/2026, to file any reply to Plaintiff's |

| | | | |
|---|---|---|---|
| | | | opposition. Signed by Judge John H. Chun. (APH) (Entered: 12/17/2025) |
| 02/03/2026 | | 11 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT by Judge John H. Chun. Joint Status Report due by 3/10/2026, FRCP 26(f) Conference Deadline is 2/17/2026, Initial Disclosure Deadline is 3/3/2026. (AD) (Entered: 02/03/2026) |
| 02/04/2026 | | 12 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Ardie Ermac for Defendant L'Oreal USA S/D Inc. (Ermac, Ardie) (Entered: 02/04/2026) |
| 02/04/2026 | | 13 | NOTICE of Appearance by attorney Alec Zatirka on behalf of Defendant L'Oreal USA S/D Inc. (Zatirka, Alec) (Entered: 02/04/2026) |
| 02/05/2026 | | 14 | Stipulated MOTION *and [Proposed] Order Regarding Response to Complaint*, filed by Defendant L'Oreal USA S/D Inc. Noting Date 2/5/2026, (Goldmark, John) (Entered: 02/05/2026) |
| 02/05/2026 | | 15 | ORDER granting the Parties' 14 Stipulated MOTION Regarding Response to Complaint. L'Oreal shall have up to and including 3/6/2026, to respond to the Complaint. Plaintiff shall have up to and including 4/3/2026, to file any opposition that might be required. L'Oreal shall have up to and including 5/1/2026, to file any reply to Plaintiff's opposition. The current deadlines for the Rule 26(f) conference, initial disclosures, and Combined Joint Status Report and Discovery Plan (Dkt. 11 ) are stricken and continued until the Court resolves any challenges to the pleadings. Signed by Judge John H. Chun. (APH) (Entered: 02/05/2026) |
| 03/06/2026 | | 16 | AMENDED COMPLAINT against defendant(s) L'Oreal USA S/D Inc with JURY DEMAND filed by Sohyun Kim. (Attachments: # 1 Exhibit Redline First Amended Complaint)(Toppe, Jeff) (Entered: 03/06/2026) |
| 03/09/2026 | | 17 | Stipulated MOTION for Extension of Time to File Answer *to First Amended Complaint and briefing schedule*, filed by Defendant L'Oreal USA S/D Inc. Noting Date 3/9/2026, (Goldmark, John) (Entered: 03/09/2026) |
| 03/09/2026 | | 18 | ORDER granting the Parties' 17 Stipulated MOTION for Extension of Time to File Answer to First Amended Complaint and briefing schedule. L'Oreal shall have up to and including 3/27/2026, to respond to the First Amended Complaint. Plaintiff shall have up to and including 4/24/2026, to file any opposition that might be required. L'Oreal shall have up to and including 5/22/2026, to file any reply to Plaintiff's opposition. Signed by Judge John H. Chun. (APH) (Entered: 03/09/2026) |
| 03/19/2026 | | 19 | Stipulated MOTION *and [Proposed] Order Regarding Response to First Amended Complaint*, filed by Defendant L'Oreal USA S/D Inc. Noting Date 3/19/2026, (Goldmark, John) (Entered: 03/19/2026) |
| 03/20/2026 | | 20 | ORDER granting the Parties' 19 Stipulated MOTION for Order Regarding Response to First Amended Complaint. L'Oreal shall have up to and including 4/3/2026, to respond to the First Amended Complaint. Plaintiff shall have up to and including 5/1/2026, to file any opposition that might be required. L'Oreal shall have up to and including 6/5/2026, to file any reply to Plaintiff's opposition. Signed by Judge John H. Chun. (APH) (Entered: 03/20/2026) |
| 04/03/2026 | | 21 | MOTION to Transfer Case *or, Alternatively, to Dismiss for Failure to State a Claim*, filed by Defendant L'Oreal USA S/D Inc. (Attachments: # 1 Proposed Order) Noting Date 6/18/2026 6/5/2026, (Goldmark, John) Modified noting date per dkt. 25 on 5/1/2026 (APH). (Entered: 04/03/2026) |
| 04/03/2026 | | 22 | DECLARATION of Cristina Doi filed by Defendant L'Oreal USA S/D Inc re 21 MOTION to Transfer Case *or, Alternatively, to Dismiss for Failure to State a Claim* (Goldmark, John) (Entered: 04/03/2026) |
| 04/03/2026 | | 23 | NOTICE *of Constitutional Question* re 21 MOTION to Transfer Case *or, Alternatively, to Dismiss for Failure to State a Claim* ; filed by Defendant L'Oreal USA S/D Inc. (Goldmark, John) (Entered: |

| | | |
|---|---|---|
| | | 04/03/2026) |
| 05/01/2026 | 24 | Joint Stipulated MOTION *Regarding Briefing Schedule on Defendant's Motion to Transfer or Dismiss*, filed by Plaintiff Sohyun Kim. Noting Date 5/1/2026, (Toppe, Jeff) (Entered: 05/01/2026) |
| 05/01/2026 | 25 | ORDER granting the Parties' 24 Joint Stipulated MOTION Regarding Briefing Schedule on Defendant's Motion to Transfer or Dismiss. Plaintiff shall have up to and including 5/8/2026, to file any opposition to L'Oreal's Motion to Transfer Venue or, Alternatively, to Dismiss and L'Oreal shall have up to and including 6/12/2026, to file any reply to Plaintif's opposition. The Court DIRECTS the Clerk to re–note the motion at Dkt. # 21 for 6/12/2026. Signed by Judge John H. Chun. (APH) (Entered: 05/01/2026) |
| 05/06/2026 | 26 | Stipulated MOTION *and Proposed Order re Intervention Under Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403(b) and Proposed Order*, filed by Movant State of Washington. Noting Date 5/6/2026, (Brysacz, Ben) (Entered: 05/06/2026) |
| 05/06/2026 | 27 | ORDER granting the Parties' 26 Stipulated MOTION re Intervention. The Court DIRECTS the Clerk to re–note the motion at Dkt. # 21 for 6/18/2026. Signed by Judge John H. Chun. (APH) (Entered: 05/06/2026) |
| 05/08/2026 | 28 | RESPONSE, by Plaintiff Sohyun Kim, to 21 MOTION to Transfer Case *or, Alternatively, to Dismiss for Failure to State a Claim.* (Toppe, Jeff) (Entered: 05/08/2026) |
| 05/08/2026 | 29 | DECLARATION of Sohyun Kim filed by Plaintiff Sohyun Kim re 21 MOTION to Transfer Case *or, Alternatively, to Dismiss for Failure to State a Claim* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Toppe, Jeff) (Entered: 05/08/2026) |
| 05/08/2026 | 30 | ORDER granting Defendant's 21 Motion to Transfer Case. As the transfer request appears meritorious and unopposed, the Court GRANTS L'Oreals Motion and transfers this action to the Southern District of New York under 28 U.S.C. § 1404(a). Signed by Judge John H. Chun. (APH) (Entered: 05/08/2026) |